353 A.2d 35

**Shirley Hickman GENTRY, Appellant,**

**v.**

**B. Neil GENTRY, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1976.

Decided March 17, 1976.

G. Clinton Fogwell, Jr., Westchester, for appellant.

W. Richard Gentry, Westchester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

## ORDER

PER CURIAM.

Decree affirmed.

Each party to pay own costs.

NIX, J., took no part in the consideration or decision of this case.